

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2019

**BY ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
failla_nysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re:   *United States v. Okechukwu Peter Ezika*, S5 18 Cr. 117 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter to request a brief extension of time within which to file its response to the defendant's motion to withdraw his guilty plea and to withdraw his waiver of the right to a grand jury indictment. (Dkt. Nos. 173-76.) The Government's response presently is due on or before December 2, 2019, and the defendant's reply presently is due on or before December 16, 2019. (Dkt. 194.) In light of an unanticipated delay in obtaining certain documents and other materials that may materially inform the Government's response, the Government respectfully requests an extension to file its response until on or before December 6, 2019, and that the defendant accordingly be permitted to file his reply on or before December 20, 2019. The defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By *Robert B. Sobelman*
Juliana N. Murray
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2314/2616

cc:   Michael Kushner, Esq. (by ECF and email)

Application GRANTED.

Dated: November 26, 2019    SO ORDERED.
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE