UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 117 (KPF) |
| OKECHUKWU PETER EZIKA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an oral argument on Defendant's pending motion to withdraw a plea of guilty on January 28, 2021, at 3:00 p.m. The oral argument shall take place by videoconference and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated: January 8, 2021
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge