UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OKECHUKWU PETER EZIKA,<br><br>Defendant. | 18 Cr. 117 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The oral argument scheduled for January 28, 2021, at 3:00 p.m. is hereby ADJOURNED to 9:00 a.m. on the same day. The date and time of the conference will be confirmed the week before the oral argument is to occur, and information for accessing the conference will provided separately.

SO ORDERED.

Dated:  January 12, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge