UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OKECHUKWU PETER EZIKA,<br><br>Defendant. | 18 Cr. 117 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The videoconference scheduled for February 2, 2021, at 11:00 a.m will be held telephonically. At the scheduled time, the parties are to call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available until 11:00 a.m.

SO ORDERED.

Dated:  February 1, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge