UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

OKECHUKWU PETER EZIKA,

Defendant.

18 Cr. 117 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for June 10, 2021, is hereby ADJOURNED to June 3, 2021, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   May 26, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge