UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 117-5 (KPF) |
| OKECHUKWU PETER EZIKA, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Okechukwu Peter Ezika, USM # 86497-054, has been sentenced in the above case to a term of time served plus one week, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated: June 3, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge