


June 21, 2021

**By ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *United States v. Okechukwu Peter Ezika*, 18-cr-117-KPF

Your Honor:

      I represent Mr. Ezika in connection with the above-referenced matter. I write on behalf of my client to respectfully request that the Court issue an Order directing the U.S. Pretrial Services agency to release Mr. Ezika's passport to me for return to my client. Mr. Ezika needs his passport returned so that he can begin the process of returning to Nigeria through whatever mechanism the Immigration and Customs agency deems appropriate. I have received word from the Pretrial Services agency that they have Mr. Ezika's passport in their safe and will be able to return it to counsel as soon as the Court Orders the release. The Government has no objection to this request. I thank the Court for its attention to this request.

Respectfully,

s/
Michael P. Kushner, Esq.

cc:    A.U.S.A. Robert Sobleman (by ECF and Email)
       A.U.S.A. Julia Murray (by ECF and Email)

Application GRANTED.

Dated: June 21, 2021
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE